# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

MarQuita Brown

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Bricolage Academy
Dr. Edward Brown

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. **26-1238**

*(to be filled in by the Clerk's Office)*

**SECT. C MAG. 3**

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MarQuita Brown |
| Street Address | 1784 Carol Sue Ave #9G |
| City and County | Gretna Louisiana 70056 - Jefferson |
| State and Zip Code | Louisiana 71056 |
| Telephone Number | 504-491-9552 |
| E-mail Address | marquita.br101@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name  #7 Dr. Edward Brown

Job or Title *(if known)*  CEO

Street Address  2426 Esplanade Ave

City and County  New Orleans, La 70119 - Orleans

State and Zip Code  Louisiana 70119

Telephone Number  504-539-4505

E-mail Address *(if known)*

Defendant No. 2

Name  Tiffany Narvil

Job or Title *(if known)*  Director President

Street Address  2426 Esplanade Ave

City and County  New Orleans, Orleans

State and Zip Code  Louisiana 70119

Telephone Number  504-539-4505

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name                    *Briclilogy Academy*
Street Address          *2426 Esplanade Ave*
City and County         *New Orleans    Orleans*
State and Zip Code      *Louisiana  70119*
Telephone Number        *504-539-4505*

II.     **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

_____

☐     Relevant state law *(specify, if known)*:

_____

☐     Relevant city or county law *(specify, if known)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

   *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____ AA
- ☑ color _____ (B) _____
- ☑ gender/sex (F) _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☑  issued a Notice of Right to Sue letter, which I received on *(date)*  03·13·2026

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☐  less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA


MARQUITA BROWN )

 )

  Plaintiff ) CIVIL ACTION NO

 )

  V. ) JURY TRIAL DEMAND

 )

BRICOLAGE  ACADEMY

Dr. EDWARD BROWN )

  Defendants  )


## ORIGINAL COMPLAINT


Plaintiff, MARQUITA BROWN, Pro Se', brings this action for damages and other legal and equitable relief from BRICOLAGE ACADEMY for violations of Title VII of the  Civil Rights Act of 1964 (Title VII), 42 U. S. C. secs. 2000e et. seq.  and any other acts that can be inferred from the facts set forth herein.


### I. INTRODUCTION


1. This is an action brought by Plaintiff seeking damages from Defendant for acts of discrimination based on sex/gender in violation of Title VII.

## II.  **JURISDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. sec. 1331, which confers original jurisdiction upon the court for actions arising under the laws of the United States ad pursuant to 28 U.S.C. secs. 1343(3) and 1343(4), which confer original jurisdiction upon the court in a civil action to recover damages or to secure equitable relief (1) under any Act of Congress providing for the protection of civil rights and (ii) under the Declaratory Judgment Statute, 28 U.S.C. sec. 2201, 42 U.S.C. secs. 2000 et. seq., as amended

## III.  **PARTIES**

3. Plaintiff MARQUITA BROWN is a person of the full age of majority, who has been harmed and damaged by Defendants' actions. She is and has been at all times relevant, a citizen of the United States of America and a resident of the parish of Jefferson, State of Louisiana.

4. At all times relevant, Plaintiff was Defendant's employee and thus, covered by Title VII.

5. Defendant is a charter school located with in the state of Louisiana and within the Eastern District of Louisiana.

6. During at relevant times, Defendant have been an employer covered by Title VII.

## III. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

7. Plaintiff, who has herein alleged claims pursuant to Title VII, has timely filed complaints of discrimination with the United States Equal Employment Opportunity Commission (EEOC).

8. Plaintiff received her Notice of Right To Sue from EEOC prior to the filing of this Complaint. The Notice was dated March 13 2026.

## IV. STATEMENT OF FACTS

9. Plaintiff is an African American female, at all times material employed by Bricolage Academy in Human Resources.

10. Plaintiff began employment with Bricolage Academy on June 4, 025 as Human Resources Administrator and Finance earning $75,000.00 a year.

11. Dr. Edward Brown, a manager of the Human Resources Department commented on Plaintiff's workplace attire . Dr. Brown also fondled with his crotch in Plaintiff's presence. He also ordered plaintiff to go to the restroom and raise her hands up so that she could determine how short her dress was.

## V. SEX/GENDER BASED DISCRIMINATION

12. Plaintiff is a member of a protected class and repeats and re-alleges the allegations contained in the paragraphs above, as if fully set forth herein.

13. The conduct alleged herein violates Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. secs. 2000e et seq. as Defendants have engaged in the practice of Discrimination with respect to the terms and conditions of Plaintiffs employment.

Plaintiffs requests for relief are set forth below.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

A. Judgment declaring that the practices complained of herein are unlawful and in violation of Tile VII of the Civil Rights Act of 1964 as amended and 42 U.S.. C. sec. 2000e et. seq.

B. All damages which Plaintiff has sustained as aa result of Defendant's conduct, including back pay, front pay, benefits, general and specific damages for lost

compensation, and job benefits she would have received but for Defendant's discriminatory practices and for emotional distress, humiliation, embarassment and anguish;

C. Exemplary and punitive damages in an amount commensurate with defendants ability and so as to deter future malicious, reckless and /or intentional conduct;

D. Reasonable attorneys fees and costs.

`E. Other and further relief as this court finds necessary and proper.

Plaintiff further demands that she be awarded other further legal and equitable relief as may be found appropriate and as the court may deem just or equitable.

Respectfully submitted:

MARQUITA BROWN, PRO SE

1704 Carol Sue Ave. #9G

TERRYTOWN , LA 70056

**(504) 491-9552**