# UNITED STATES DISTRICT COURT

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026 JUN 09 PM03 21
CAROL L. MICHEL, CLERK

for the

Eastern District of Louisiana

| | |
|---|---|
| MarQuita Brown <br> _____ <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br> Bricolage Academy <br> Dr. Edward Brown <br> _____ <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      MarQuita Brown

Street Address      1784 Corol Sue Ave #9G

City and County      Gretna Louisiana 70056 - Jefferson

State and Zip Code      Louisiana 71056

Telephone Number      504-491-9553

E-mail Address      marquita.br101@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.