U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED     Jul 20 2026

CAROL L. MICHEL
CLERK

cf                    Walk-In

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_Marquita Brown_

**PLAINTIFF(S)**

**VERSUS**

_Bricolage Academy_

**DEFENDANT(S)**

**CIVIL ACTION**

No. _N6-1238_

SECTION: _C3_

## NOTICE OF CHANGE OF ADDRESS

**Dear Clerk:**

**Please note the following address change:**

New Address: (PLEASE PRINT)

_Marquita Brown_
**(NAME)**

_1784 Carol Sue Ave #9G_
**(STREET ADDRESS)**

_Gretna, Louisiana 70056_
**(CITY)          (STATE)     (ZIP CODE)**

_(504) 655-1494_
**(TELEPHONE NUMBER)**

**CERTIFICATE OF SERVICE**
I hereby certify that I have served a copy of this
document on all counsel of record either in person
or by mailing it postage prepaid on this
_20_ day of _July_ , 20_26_

_____
**(SIGNATURE)**

Submitted by:

_M. Br_
**(SIGNATURE)**

_July 20, 2026_
**(DATE)**

04/2004