RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026 JUL 20 AM11 14
CAROL L. MICHEL. CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*Marquita Oman*

PLAINTIFF(S)

CIVIL ACTION

VERSUS

No. *N6-1238*

*Bricolage Academy*

DEFENDANT(S)

SECTION: *C3*

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

Please note the following address change:

New Address: (PLEASE PRINT)

*Marquita Oman*
(NAME)

*1784 Cord Ave Apr #90*
(STREET ADDRESS)

*Gretna , Louisiana 70056*
(CITY)          (STATE)      (ZIP CODE)

*(504) 655-1494*
(TELEPHONE NUMBER)

CERTIFICATE OF SERVICE
I hereby certify that I have served a copy of this
document on all counsel of record either in person
or by mailing it postage prepaid on this
*20* day of *July* , 20*26*

_____
(SIGNATURE)

Submitted by:

*MOm R*
(SIGNATURE)

*July 20, 2026*
(DATE)

04/2004