UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARQUITA BROWN | NO. 26-1238 |
| VERSUS | JUDGE WILLIAM J. CRAIN |
| BRICOLAGE ACADEMY<br>DR. EDWARD BROWN | MAG. EVA J. DOSSIER |

# REQUEST FOR NOTICE

**COMES NOW**, Defendants, Bricolage Academy and Dr. Edward Brown, and in accordance with the Federal Code of Civil Procedure, requests that the Clerk of Court give the undersigned 10 days written notice of the signing of any order of judgment herein.

Defendants also request written notice of the date of the trial set for the above-captioned case, or the date set for trial of any pleading or motions filed herein, at least 10 days before any trial date pursuant to the Federal Code of Civil Procedure.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Nancy A. Cundiff*
NANCY A. POINDEXTER CUNDIFF (27974)
ASHELEE SINGLETON (40051)
201 St. Charles Avenue, Suite 2500
New Orleans, Louisiana 70170
Ph. (504) 528-3088
Email: ncundiff@grsm.com
asingleton@grsm.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion has been served upon all counsel of record by operation of the Court's CM/ECF system on this 3rd day of August, 2026.

/s/ *Nancy A. Cundiff*
Nancy A. Cundiff